UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057   (856)866-0100
Attorney for : Santander Consumer USA Inc.
Our File No.: 48597
JM-5630

In Re:

Ileana Leon
Alexie Leon

Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:     17-35760

Hearing Date:     4-17-2019

Judge:     CMG

Chapter:     13

Recommended Local Form:     ☑ Followed     ☐ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 17, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of _____ Santander Consumer USA Inc. _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏   Real property more fully described as:

☑   Personal property more fully described as:

   2011 Ford Edge
   Vehicle Identification Number
   2FMDK3GC5BBB05806

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Ileana Leon  
Alexie Leon  
    Debtors

Case No. 17-35760-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 17, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2019.  
db/jdb        Ileana Leon,   Alexie Leon,   1219 Nottingham Way,   Hamilton, NJ   08609-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:

        Albert  Russo    docs@russotrustee.com  
        Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
        Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
        Robert G. Swan    on behalf of Joint Debtor Alexie  Leon lawofficeofrswan@aol.com  
        Robert G. Swan    on behalf of Debtor Ileana  Leon lawofficeofrswan@aol.com  
        Steven P. Kelly    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                TOTAL: 8