Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−35760−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ileana Leon
1219 Nottingham Way
Hamilton, NJ 08609−1905

Alexie Leon
1219 Nottingham Way
Hamilton, NJ 08609−1905

Social Security No.:
   xxx−xx−6600                                          xxx−xx−6558

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on November 7, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 7, 2019
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-35760-CMG
Ileana Leon                                                           Chapter 13
Alexie Leon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 07, 2019
                              Form ID: 148             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
db/jdb         Ileana Leon,    Alexie Leon,    1219 Nottingham Way,    Hamilton, NJ 08609-1905
cr            +Cascade Funding Mortgage Trust 2017-1,    Stern & Eisenberg, PA,    1040 N. Kings Highway,
                Suite 407,    Cherry Hill, NJ 08034-1925
517248368      CAPITAL HEALTH,    750 Brunswick Ave,    Trenton, NJ 08638-4143
517248369      CAPITAL HEALTH advanced imaging,    PO Box 1489,    Winterville, NC 28590-1489
517248370      CAPITAL ONE,    PO Box 71087,    Charlotte, NC 28272-1087
517248371      CAPITAL ONE BANK (USA),    c/o Lyons, et al,    136 Gaither Dr Ste 100,
                Mount Laurel, NJ 08054-1725
517944528      Cascade Funding Mortgage Trust 2017-1,    Statebridge Company, LLC,    5680 Greenwood Plaza Dr,,
                Denver, CO 80217-5990
517944529      Cascade Funding Mortgage Trust 2017-1,    Statebridge Company, LLC,    5680 Greenwood Plaza Dr,,
                Denver, CO 80217-5990,    Cascade Funding Mortgage Trust 2017-1,    Statebridge Company, LLC
517263290     +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517248375      EMA,    PO Box 417422,    Boston, MA 02241-7422
517248376      Modells,    PO Box 659450,    San Antonio, TX 78265-9450
517248377      One Main,    3100 Quakerbridge Rd Ste D7,    Mercerville, NJ 08619-1658
517248379      SLS,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2019 00:06:58      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2019 00:06:57      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517326527      EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517348466      EDI: CAPITALONE.COM Nov 08 2019 04:28:00      Capital One, N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
517248373      E-mail/PDF: creditonebknotifications@resurgent.com Nov 08 2019 00:01:31      Credit One Bank,
                PO Box 60500,    City of Industry, CA 91716-0500
517248374      E-mail/PDF: DellBKNotifications@resurgent.com Nov 08 2019 00:14:18      Dell,    PO Box 6403,
                Carol Stream, IL 60197-6403
517366865      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 00:02:40
                LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517368774      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2019 00:02:41
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517285338      EDI: AGFINANCE.COM Nov 08 2019 04:23:00      ONEMAIN,    PO BOX 3251,
                EVANSVILLE, IN. 47731-3251
517351714      EDI: Q3G.COM Nov 08 2019 04:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                PO Box 788,    Kirkland, WA 98083-0788
517248378      EDI: DRIV.COM Nov 08 2019 04:23:00      Santander Consumer USA Inc.,    PO Box 105255,
                Atlanta, GA 30348-5255
517283480     +EDI: DRIV.COM Nov 08 2019 04:23:00      Santander Consumer USA Inc.,    PO Box 961245,
                Fort Worth, TX 76161-0244
517282596     +EDI: DRIV.COM Nov 08 2019 04:23:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                Dallas, TX 75356-0284
517250301     +EDI: RMSC.COM Nov 08 2019 04:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
517373274     +EDI: AIS.COM Nov 08 2019 04:23:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517248372      E-mail/PDF: creditonebknotifications@resurgent.com Nov 08 2019 00:02:34      credit one,
                PO Box 60500,    City of Industry, CA 91716-0500
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Santander Consumer USA Inc.,    PO Box 961245,    Fort Worth, TX 76161-0244
517366208*    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                PO Box 10390,    Greenville, SC 29603-0390)
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin             Page 2 of 2            Date Rcvd: Nov 07, 2019
                              Form ID: 148            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Kevin Gordon McDonald     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           kmcdonald@blankrome.com,   bkgroup@kmllawgroup.com
          Robert G. Swan    on behalf of Joint Debtor Alexie   Leon lawofficeofrswan@aol.com
          Robert G. Swan    on behalf of Debtor Ileana   Leon lawofficeofrswan@aol.com
          Steven P. Kelly     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           skelly@sterneisenberg.com,   bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```