| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

Order Filed on November 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re:<br><br>Ileana Leon<br>Alexie Leon<br><br><br><br>Debtor(s) |
|---|

Case No.: 17-35760 / CMG

Chapter 13

Hearing Date: 11/06/2019  at 9:00 AM

Judge: Christine M. Gravelle

## CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 7, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Available funds on hand received prior to dismissal shall be distributed by the Chapter 13 Standing Trustee pursuant to the confirmed plan and any orders entered by the Court before returning funds to the debtor.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/2017*

United States Bankruptcy Court
District of New Jersey

In re:  
Ileana Leon  
Alexie Leon  
    Debtors

Case No. 17-35760-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 07, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2019.  
db/jdb         Ileana Leon,    Alexie Leon,    1219 Nottingham Way,    Hamilton, NJ   08609-1905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2019 at the address(es) listed below:

       Albert    Russo     docs@russotrustee.com  
       Albert    Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
        dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
       John R. Morton, Jr.     on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,  
        mortoncraigecf@gmail.com  
       Kevin Gordon McDonald    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
        kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com  
       Robert G. Swan     on behalf of Joint Debtor Alexie   Leon lawofficeofrswan@aol.com  
       Robert G. Swan     on behalf of Debtor Ileana   Leon lawofficeofrswan@aol.com  
       Steven P. Kelly     on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1  
        skelly@sterneisenberg.com,    bkecf@sterneisenberg.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 9